# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 19-cv-22181-BLOOM/Louis

BRIDGEWATER PRODUCTS, INC.,

      Plaintiff,

v.

PENSKE TRUCK LEASING and
HSBC MORTGAGE CORP.,

      Defendants.

_____/

### ORDER OF DISMISSAL

**THIS CAUSE** is before the Court upon a *sua sponte* review of the record. On May 29, 2019, Paul Bridgewater on behalf of Plaintiff Bridgewater Products Inc., filed a complaint, purporting to proceed *pro se*. *See* ECF No. [1]. Because Plaintiff is a professional corporation, it "cannot appear *pro se*, and must be represented by counsel." *Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) (citations omitted). No representation has been made that Paul Bridgewater is an attorney serving as Plaintiff's counsel who may appear before the Court. Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. The Complaint, **ECF No. [1]**, is **DISMISSED WITHOUT PREJUDICE**.

2. Plaintiff's Application to Proceed *In Forma Pauperis*, **ECF No. [3],** is **DENIED AS MOOT**.

3. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Miami, Florida, on May 29, 2019.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

Copies to:

Bridgewater Products, Inc.
14261 NW 23rd Place
Opa-Locka, FL 33054